April 17, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

## NO. 15-24-00084-CV

THE STATE OF TEXAS, BY AND THROUGH THE OFFICE OF THE
ATTORNEY GENERAL OF TEXAS, Appellant

V.

CITY OF SAN MARCOS; JANE HUGHSON, MAYOR OF SAN MARCOS;
MATTHEW MENDOZA, SAUL GONZALES, ALYSSA GARZA, SHANE
SCOTT, LORENZO GONZALEZ, AND AMANDA RODRIGUEZ, MEMBERS
OF THE CITY COUNCIL OF SAN MARCOS; STEPHANIE REYES, CITY
MANAGER OF SAN MARCOS; AND STAN STANDRIDGE, CHIEF OF
POLICE OF SAN MARCOS; IN THEIR OFFICIAL CAPACITIES, Appellees

---

This cause, an appeal from orders in favor of appellees, City of San Marcos; Jane Hughson, Mayor of San Marcos; Matthew Mendoza, Saul Gonzales, Alyssa Garza, Shane Scott, Lorenzo Gonzalez, and Amanda Rodriguez, Members of the City Council of San Marcos; Stephanie Reyes, City Manager of San Marcos; and Stan Standridge, Chief of Police of San Marcos; in their Official Capacities, signed, July 22, 2024, was heard on the appellate record. We have inspected the record and find error in the order granting appellees' plea to the jurisdiction. We therefore **MODIFY** the judgment of the court below to reflect that dismissal of the State's claims against Stephanie Reyes, the City Manager, is without prejudice. We

**AFFIRM** that portion of the order as modified. We **REVERSE** the remainder of the trial court's order granting the plea to the jurisdiction as to all other appellees. We further **REVERSE** the trial court's order denying the application for temporary injunction. We **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order this decision certified below for observance.

Judgment Rendered April 17, 2025.

Panel consists of Chief Justice Brister and Justices Field and Farris.
Opinion delivered by Justice Farris.